CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Alberto Carrera-Mendoza<br>YOB: 1972; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**26-04518MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about April 1, 2026, at or near Naco, in the District of Arizona, **Alberto Carrera-Mendoza**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Diego, California on December 31, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about April 1, 2026, at or near Naco, in District of Arizona, **Alberto Carrera-Mendoza**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Alberto Carrera-Mendoza** is a citizen of Mexico. On December 31, 2025, **Alberto Carrera-Mendoza** was lawfully denied admission, excluded, deported and removed from the United States through San Diego, California. On April 1, 2026, agents found **Alberto Carrera-Mendoza** in the United States at or near Naco, Arizona without the proper immigration documents. **Alberto Carrera-Mendoza** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Alberto Carrera-Mendoza** admitted to illegally entering the United States of America from Mexico on or about April 1, 2026, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Eric R. Wood<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Hopkins